**No. 50164.**—Protests 14796–K, etc., of Olaf Hertzwig Trading Co., Inc., et al. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the cheese in question is similar in all material respects to that the subject of *United States* v. *Wheeler & Miller* (32 C. C. P. A. 22, C. A. D. 280), the merchandise was held dutiable as claimed.

**No. 50165.**—Protest 57475–K of Atlas Baby Carriage Co. (New York).

Opinion by EKWALL, J. It was stipulated that the merchandise was purchased with pounds sterling obtained in the New York market at the free rate of exchange for cable transfer for pounds sterling in effect on the date such pounds were obtained; that the date of exportation and the free rate of exchange for pounds sterling for that date, determined and certified by the Federal Reserve bank, were as set forth by the collector on each of the entries; and that the issue is the same in all material respects as that presented in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83, decided February 5, 1945.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as set forth by the collector on each of the entries. The protest was sustained to this extent.

**No. 50166.**—Protest 116022–K of Seaboard Liquor ·Co. (New York).

Opinion by EKWALL, J. An examination of the record failed to disclose anything that would warrant the court in disturbing the finding of the collector. The protest was therefore overruled.